IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**MARC STOUT,**

    Plaintiff,

v.                                                        Civil Action No. **3:08CV33**

**MICHAEL FERNALD,**

    Defendant.

### MEMORANDUM OPINION

On January 17, 2008, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on February 26, 2008, the Court directed Plaintiff to pay an initial partial filing fee of **$7.33** or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he can not pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: 4-7-08
Richmond, Virginia

/s/
James R. Spencer
**Chief United States District Judge**